**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**GH AMERICA ENERGY LLC,**
                             *Plaintiff*,

        -against-                                       1:24-CV-05645 (ALC)

**GREENALIA WIND POWER BLUE HILLS, LLC.,**    **ORDER**
                             *Defendant.*

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       The Court will hold a telephonic conference to discuss the Order to Show Cause in this action on September 25, 2024 at 3:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **August 8, 2024**
             **New York, New York**           **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**