**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**GH AMERICA ENERGY LLC,**
                      *Plaintiff*,

      -against-                                  **1:24-CV-05645 (ALC)**

**GREENALIA WIND POWER BLUE HILLS, LLC.,**    **ORDER**
                      *Defendant.*

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court directs the Defendant to state their position on the merits of the letter motion requesting a pre-motion conference to file a motion to dismiss the Plaintiff's Complaint under FCRP 12(b)(1)-(3), and 12(b)(6) at ECF No. 23 in this action by Tuesday, August 27, 2024.

**SO ORDERED.**

**Dated:**     **August 23, 2024**
             **New York, New York**                    _____
                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**