**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**GH AMERICA ENERGY LLC,** :
                      *Plaintiff*, :
                       :
     -against-               :     **1:24-CV-05645 (ALC)**
                       :
**GREENALIA WIND POWER BLUE HILLS, LLC.,** :     **ORDER**
                *Defendant.* :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Court directs the Plaintiff to state their position on the merits of the letter motion from the Defendant requesting a pre-motion conference to file a motion to dismiss the Plaintiff's Complaint under FCRP 12(b)(1)-(3), and 12(b)(6) at ECF No. 23 in this action by Friday, August 30, 2024.

**SO ORDERED.**

**Dated:**    **August 27, 2024**
            **New York, New York**              **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**