**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**GH AMERICA ENERGY LLC,**
       *Plaintiff*,

  -against-           **1:24-CV-05645 (ALC)**

**GREENALIA WIND POWER BLUE HILLS, LLC.,** **ORDER**
       *Defendant.*

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

  The Court will hold a telephonic conference to discuss the Order to Show Cause in this action on October 7, 2024 at 3:40 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**  **October 4, 2024**
     **New York, New York**     **ANDREW L. CARTER, JR.**
                 **United States District Judge**