UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
GH AMERICA ENERGY LLC,

                *Plaintiff*,

    -against-                               1:24-CV-05645 (ALC)

GREENALIA WIND POWER BLUE HILLS, LLC.,     **ORDER OF ADJOURNMENT**
                *Defendant.*

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The previously scheduled telephone conference on October 7, 2024 is adjourned without a date.

**SO ORDERED.**

**Dated:    October 7, 2024**
            **New York, New York**                     _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**