**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

GH AMERICA ENERGY LLC,                                        :
                                    *Plaintiff*,                      :
                                                              :
        -against-                                             :        **1:24-CV-05645 (ALC)**
                                                              :
GREENALIA WIND POWER BLUE HILLS, LLC.,   :        <u>ORDER</u>
                                    *Defendant.*                     :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
-------------------------------------------------------------------- :
                                                              :
                                                              x

**ANDREW L. CARTER, JR., District Judge:**

The parties have had an opportunity to address the merits of the Defendant's anticipated

motion under FRCP 12(b)(1)-(3) and 12(b)(6. The Court directs the parties to file a joint status

report by October 9 indicating whether they wish this Court to deem the letters as ECF No. 27

and ECF No. 29 as the motion to dismiss and the opposition respectively or if the parties wish to

engage in more formal briefing. If the parties wish to engage in formal briefing, this Court

directs the parties to adhere the following briefing schedule:

        Defendant's Motion:    October 15

        Plaintiff's Opposition: October 24

        Defendant's Reply:     October 28

**SO ORDERED.**

**Dated:        October 7, 2024**
             **New York, New York**                    _____
                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**