**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GH AMERICA ENERGY LLC,

                Plaintiff,

  -against-                                    24 **CIVIL** 5645 (ALC)

                                                        **JUDGMENT**

GREENALIA WIND POWER BLUE HILLS, LLC,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 26, 2025, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        March 26, 2025

                                                           **TAMMI M HELLWIG**
                                                              **Clerk of Court**

                              **BY:**

                                                             **Deputy Clerk**